

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00114-CV

Zulema **GARZA,**
Appellant

v.

Zulema J. **GARZA,** Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

## O R D E R

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

On September 29, 2021, we issued an opinion and judgment dismissing this appeal for want of prosecution due to appellant's failure to timely file a brief that complied with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). On September 30, 2021, appellant filed a letter we construe as a motion for rehearing. After consideration, appellant's motion for rehearing is **DENIED**.

It is so **ORDERED** on this 14th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

